AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE

**SUMMONS IN A CIVIL CASE**

V.

Lieutenant WILLIAM BROWN; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE; JOHN DOES 1-10 (Currently Unknown WPD Police Officers) and Richard ROES 1-10 (Currently Unknown DSP Police Officers)

CASE NUMBER:    07-166-

TO: (Name and address of Defendant)

City of Wilmington, a municipal corporation
c/o Mayor James Baker
Louis Redding City/County Bldg.
800 N. French Street, 9th Floor
Wilmington, DE 19801

AO 440 (Rev. 8/01) Summons in a Civil Action

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Thomas S. Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> **THE NEUBERGER FIRM**
> Two East Seventh Street, Suite 302
> Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, __**TWENTY**__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         3/23/07
_____          _____
CLERK                                                   DATE

_[signature]_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/27/07 @ 3:37 PM |
| NAME OF SERVER *(PRINT)* Nathan Paustian | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where
_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____
_____
_____

☒ Other (specify): Served Donna Kellam, Litigation Assistant, authorized to accept service (black female, 30's, approximately 5'9", wore glasses)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/07
Date

Signature of Server

2 E. 7th St., Suite 302
Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.