**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale DENNIS W. HALE, and CONNIE M. HALE, <br><br>        Plaintiffs,<br><br>        v.<br><br>Lieutenant WILLIAM BROWN; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE; JOHN DOES 1-10 (Currently Unknown WPD Police Officers) and Richard ROES 1-10 (Currently Unknown DSP Police Officers),<br><br>        Defendants | No. 07-166 JJF |

**ENTRY OF APPEARANCE**

Without waiver of any defenses including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General Ralph K. Durstein, III on behalf of defendants Patrick Ogden Darren Lester, Randall Hunt, Albert Parton, Vincent Clemons, David Chorlton, Charles J. Simpson, Albert Homiak, Joseph Papili, Thomas F. MacLeish and the Division of State Police.

                                                STATE OF SELAWARE
                                                DEPARTMENT OF JUSTICE

                                                <u>/s/ Ralph K. Durstein, III</u>
                                                Ralph K. Durstein, III #912
                                                Deputy Attorney General
                                                Carvel State Building
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE  19801
                                                (302) 577-8400
                                                Attorney for DSP Defendants

Date:  March 29, 2007

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale DENNIS W. HALE, and CONNIE M. HALE,<br><br>        Plaintiffs,<br><br>        v.<br><br>Lieutenant WILLIAM BROWN; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE; JOHN DOES 1-10 (Currently Unknown WPD Police Officers) and Richard ROES 1-10 (Currently Unknown DSP Police Officers),<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 07-166 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

     The undersigned certifies that on March 29, 2007, he caused the attached Entry of Appearance to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Stephen J. Neuberger, Esquire<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801 | Robert Jacobs, Esquire<br>Thomas C. Crumplar, Esquire<br>Two East Seventh Street, Suite 400<br>Wilmington, DE 19801 |

                                **STATE OF DELAWARE**
                                **DEPARTMENT OF JUSTICE**

                                /s/ Ralph K. Durstein, III
                                Ralph K. Durstein, III #912
                                Deputy Attorney General
                                Carvel State Building
                                820 N. French Street, 6th Floor
                                Wilmington, DE 19801
                                (302) 577-8400
                                Attorney for DSP Defendants