AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

CASE NUMBER:

ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE

**SUMMONS IN A CIVIL CASE**

V.

Lieutenant WILLIAM BROWN; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE; JOHN DOES 1-10 (Currently Unknown WPD Police Officers) and Richard ROES 1-10 (Currently Unknown DSP Police Officers)

CASE NUMBER:    07-166

TO: (Name and address of Defendant)

> Lieutenant Patrick Ogden
> Administrative Offices
> Delaware State Police
> 1453 N. DuPont Highway
> Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire  
Stephen J. Neuberger, Esquire  
THE NEUBERGER FIRM  
Two East Seventh Street, Suite 302  
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, _____**TWENTY**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              3/23/07

_____          _____
CLERK                                                       DATE

_[signature]_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/28/07 @ 3:15 PM |
| NAME OF SERVER *(PRINT)* Nathan Paustian | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served Connie Sipple, authorized to accept service (white female, blonde hair (short), 50's, approximately 5'5", 140 lbs), administrative specialist

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/28/07
            Date

*Signature of Server*

2 E. 7th St., Suite 302
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.