AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      DELAWARE

CASE NUMBER:

ELAINE HALE, Individually and as
Administratrix of the Estate of Derek J. Hale,
DENNIS W. HALE, and CONNIE M. HALE

## SUMMONS IN A CIVIL CASE

V.

Lieutenant WILLIAM BROWN; Chief
MICHAEL J. SZCZERBA, in his official
capacity; CITY OF WILMINGTON, a
municipal corporation; Lieutenant
PATRICK OGDEN; Sergeant DARREN
LESTER; Sergeant RANDALL HUNT;
Sergeant ALBERT PARTON; Detective
VINCENT CLEMONS;
Detective DAVID CHORLTON;
Captain CHARLES J. SIMPSON;
Major ALBERT HOMIAK;
Major JOSEPH PAPILI; Colonel THOMAS F.
MacLEISH, individually and in his official
capacity; DIVISION OF STATE POLICE,
DEPARTMENT OF SAFETY AND
HOMELAND SECURITY, STATE OF
DELAWARE; JOHN DOES 1-10 (Currently
Unknown WPD Police Officers) and Richard
ROES 1-10 (Currently Unknown DSP Police
Officers)

CASE NUMBER:     0 7 _ 1 6 6 –

TO: (Name and address of Defendant)

Captain Charles J. Simpson
Administrative Offices
Delaware State Police
1453 N. DuPont Highway
Dover, DE 19901

AO 440 (Rev. 8/01) Summons in a Civil Action

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
THE NEUBERGER FIRM
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, __TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                               3/23/07
_____        _____
CLERK                                                         DATE
    [signature]
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/28/07 @ 3:15 PM |
| NAME OF SERVER (PRINT) Nathan Paustian | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served Connie Sipple, administrative specialist, authorized to accept service (white female, blonde hair (short), 50's, approximately 5'5", 140 lbs)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/28/07
Date

Signature of Server

2 E. 7th St., Suite 302
Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.