# UNITED STATES DISTRICT COURT

District of        DELAWARE

ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE,
    Plaintiffs,

V.

Lieutenant WILLIAM BROWNE; Sergeant ANGEL ALVERIO; Corporal HECTOR CUADRADO; Corporal ROBERT CUNNINGHAM; Corporal CHARLES EMORY, JR.; Corporal MITCHELL RENTZ; Corporal JEFFREY SILVERS; Corporal GEORGE TAYLOR; Corporal JOSEPH LEARY; Corporal RANDOLPH PFAFF: Corporal DANNY SILVA; Chief MICHAEL J. SZCERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MACLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF HOMELAND SECURITY, STATE OF DELAWARE,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-166

TO: (Name and address of Defendant)

CORPORAL JEFFREY SILVERS
WILMINGTON POLICE DEPARTMENT
WILLIAM T. MCLAUGHLIN PUBLIC SAFETY BUILDING
300 N. WALNUT STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
THE NEUBERGER FIRM
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   APR 1 0 2007
_____                _____
CLERK                                             DATE

E. Shickly
_____
(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/16/07 @ 1:00 pm |
| NAME OF SERVER (PRINT) Raeann Warner | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served Sergeant Mark Lemon authorized to accept service, white male, gray hair, 60 (approximately), Sergeant, Internal Affairs

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/16/07
           Date

Signature of Server

2 East 7th Street, St. 302
Wilmington, DE
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.