IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE,<br><br>    Plaintiffs,<br><br>v.<br><br>Lieutenant WILLIAM BROWN; Sergeant ANGEL ALVERIO; Corporal HECTOR CUADRADO; Corporal ROBERT CUNNINGHAM; Corporal CHARLES EMORY, JR.; Corporation MITCHELL RENTZ; Corporal JEFFREY SILVERS; Corporal JOSEPH LEARY; Corporal RANDOLPH PFAFF; Corporal DANNY SILVA; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,<br><br>    Defendants. | Case No. 07-166-***<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

PLEASE enter our appearance on behalf of the following defendants:

    William Brown;
    Angel Alverio;
    Hector Cuadrado;
    Robert Cunningham;
    Charles Emory, Jr.;
    Mitchell Rentz;

Jeffrey Silvers;
Joseph Leary;
Randolph Pfaff;
Danny Silva;
Michael J. Szczerba; and
City of Wilmington.

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware  19801
302-576-2175

/s/ John A. Parkins, Jr.
John A. Parkins, Jr. (#859)
C. Malcolm Cochran, IV (#2377)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
302-651-7700
Parkins@rlf.com
Cochran@rlf.com
Fineman@rlf.com
Attorneys for Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva, Michael J. Szczerba and City of Wilmington

Dated:  May 24, 2007

RLF1-3156121-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007 I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Ralph J. Durstein, III, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Robert Jacobs, Esquire
Thomas C. Crumplar, Esquire
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 400
Wilmington, DE 19801

**BY HAND DELIVERY**
Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19081

I hereby certify that I will send on May 24, 2007, by Federal Express, the foregoing document to the following non-registered participants:

**BY FEDERAL EXPRESS**
John W. Whitehead, Esquire
Douglas McKusick, Esquire
The Rutherford Institute
P.O. Box 7482
Charlottesville, VA 22906

**BY FEDERAL EXPRESS**
Randal Shaheen, Esquire
Ryan Richardson, Esquire
Jennifer Risen, Esquire
Alexander Major, Esquire
Arnold & Porter, L.L.P.
555 12th Street, N.W.
Washington, DC 20004

John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
parkins@rlf.com