IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE,<br><br>  Plaintiffs,<br><br>v.<br><br>Lieutenant WILLIAM BROWN; Sergeant ANGEL ALVERIO; Corporal HECTOR CUADRADO; Corporal ROBERT CUNNINGHAM; Corporal CHARLES EMORY, JR.; Corporation MITCHELL RENTZ; Corporal JEFFREY SILVERS; Corporal JOSEPH LEARY; Corporal RANDOLPH PFAFF; Corporal DANNY SILVA; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,<br><br>  Defendants. | Case No. 07-166-***<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva,

Michael J. Szczerba; and City of Wilmington shall move, answer or otherwise respond to the complaint is extended to and including June 15, 2007.

| | |
|---|---|
| _____/s/ Thomas S. Neuberger #243_____ | _____/s/ Robert Jacobs #244_____ |
| Thomas S. Neuberger (#243) | Robert Jacobs (#244) |
| Stephen J. Neuberger (#4440) | Thomas C. Crumplar (#942) |
| The Neuberger Firm, P.A. | Jacobs & Crumplar, P.A. |
| Two East Seventh Street, Suite 302 | Two East Seventh Street, Suite 400 |
| Wilmington, DE 19081 | Wilmington, DE 19801 |
| 302-655-0582 | 302-656-5445 |
| tsn@neubergerlaw.com | Bob@JandCLaw.com |
| sjn@neubergerlaw.com | Tom@JandCLaw.com |
| Attorneys for Plaintiffs Elaine Hale and the State of Derek J. Hale and cooperating attorneys for The Rutherford Institute | Attorneys for Plaintiffs Dennis W. Hale and Connie M. Hale |

Of Counsel:

Randal Shaheen, Esquire
Ryan Richardson, Esquire
Jennifer Risen, Esquire
Alexander Major, Esquire
Arnold & Porter, L.L.P.
555 12th Street, N.W.
Washington, DC 20004
202-942-5000

John W. Whitehead, Esquire
Douglas McKusick, Esquire
The Rutherford Institute
P.O. Box 7482
Charlottesville, VA 22906
434-978-3888

                                                 /s/ John A. Parkins, Jr. #859
                                        John A. Parkins, Jr. (#859)
                                        C. Malcolm Cochran, IV (#2377)
                                        Steven J. Fineman (#4025)
                                        Richards, Layton & Finger
                                        One Rodney Square
                                        P. O. Box 551
                                        Wilmington, Delaware 19899
                                        302-651-7700
                                        Parkins@rlf.com
                                        Cochran@rlf.com
                                        Fineman@rlf.com
                                        Attorneys for Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva, Michael J. Szczerba and City of Wilmington

                                        OF COUNSEL:
                                        Rosamaria Tassone, Esquire
                                        City of Wilmington Law Department
                                        City/County Building, 9th Floor
                                        800 N. French Street
                                        Wilmington, Delaware 19801
Dated: May 31, 2007               302-576-2175

**SO ORDERED,** this _____ day of _____, 2007.

                                        _____
                                        United States District Court Judge