**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE,  :<br>:<br>:<br>:<br>Plaintiffs,  :<br>:<br>v.  :<br>:<br>LIEUTENANT WILLIAM BROWN, et al.,  :<br>:<br>Defendants.  : | C. A. No. 07-166-*** |

## ORDER

At Wilmington this **7th** day of **August, 2007**.

IT IS ORDERED that the transcript of the August 7, 2007 teleconference and the instructions by the Court during that teleconference shall serve as the Order of the Court. A joint case scheduling order is expected to by filed on or before August 15, 2007 as directed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE