# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |
| RAEANN WARNER, ESQUIRE | |
| CHERYL A. HERTZOG, ESQUIRE* | |

*(Licensed in PA and NJ only)

August 14, 2007                                                     **Via CM/ECF Filing**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Hale, et al. v. Browne, et al.,** C.A. No. 07-166-***
      **Joint Proposed Rule 16 Scheduling Order**

Dear Judge Thynge:

   Following up on the Court's Order (D.I. 38), enclosed please find the Joint Proposed Rule 16 Scheduling Order which I submit on behalf of all the parties.

   Lastly, the topic of mediation was not broached during last week's teleconference. I suggest that the Court's help in this regard might be helpful after the close of discovery.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   Thomas S. Neuberger, Esq. (via CM/ECF)
      Robert Jacobs, Esq. (via CM/ECF)
      Thomas C. Crumplar, Esq. (via CM/ECF)
      Arnold & Porter (via e-mail)
      John Parkins, Esq. (via CM/ECF)
      Ralph H. Durstein, III, Esq. (via CM/ECF)

Hale \ Letters \ Thynge.02