## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **C.A.No. 07-166-\*\*\*** |
| | : | |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | **Jury Trial Demanded** |
| | : | |
| **Defendants.** | : | |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on August 30, 2007, I caused **PLAINTIFFS' RULE 26 SELF-EXECUTING DISCLOSURES**

to be served by e-mail on the following individuals:

Ralph K. Durstein III, Esquire
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
Ralph.Durstein@state.de.us

John A. Parkins, Jr., Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Parkins@rlf.com

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale and cooperating attorneys for The Rutherford Institute*

**JACOBS & CRUMPLAR, P.A.**

 /s/ Robert Jacobs
**ROBERT JACOBS, ESQ. (#244)**
**THOMAS C. CRUMPLAR, ESQ. (#942)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JandCLaw.com
Tom@JandCLaw.com

*Attorneys for Plaintiffs Dennis W. Hale and Connie M. Hale*

Dated: August 30, 2007          Attorneys for Plaintiffs

Hale  / Pleadings / Rule 26 Disclosures / Hale - Rule 26 Disclosures.final