IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale DENNIS W. HALE, and CONNIE M. HALE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 07-166 *** |
| Lieutenant WILLIAM BROWNE; Sgt. ANGEL ALVERIO, Cpl. ROBERT CUNNINGHAM, Cpl. CHARLES EMORY, JR., Cpl. MITCHELL RENTZ, Cpl. JEFFREY SILVERS, Cpl. GEORGE TAYLOR, Cpl. JOSEPH LEARY, Cpl. RANDOLPH PFAFF, Cpl. DANNY SILVA, Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## NOTICE OF SERVICE

I, the undersigned counsel for the State Defendants in the above-captioned case, hereby certify that two (2) true and correct copies of State Defendants' Initial Disclosures Pursuant to Fed. R.Civ.P.26(a) were sent via U. S. Mail postage pre-paid on August 31, 2007 to the following:

| | |
|---|---|
| Thomas S. Neuberger, Esquire<br>Stephen J. Neuberger, Esquire<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801 | Robert Jacobs, Esquire<br>Thomas C. Crumplar, Esquire<br>Two East Seventh Street, Suite 400<br>Wilmington, DE 19801 |
| John A. Parkins, Jr. Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Rosamaria Tassone, Esq.<br>City of Wilmington Law Dept.<br>City/County Building, 9th Floor<br>800 N. French Street<br>Wilmington, DE 19801 |

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for State Defendants