IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELAINE HALE, et al.,** | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A.No. 07-166-*** |
| | : |
| **Lieutenant WILLIAM BROWNE, et al.,** | : |
| | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on September 11, 2007, I caused **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed to the following:

| | |
|---|---|
| John A. Parkins, Jr., Esquire | Ralph K. Durstein III, Esquire |
| Richards Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 North King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Parkins@rlf.com | Ralph.Durstein@state.de.us |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: September 11, 2007

Hale / Pleading / Hale - 1st RFP - Notice of Service