## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :    C.A.No. 07-166-*** |
| | : |
| Lieutenant WILLIAM BROWNE, et al., | :    Jury Trial Demanded |
| | : |
|     Defendants. | : |

### NOTICE OF SERVICE

    I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on October 17, 2007, I caused **Plaintiff Elaine Hale's Answers and Objections to the City Defendants' First Set of Interrogatories** to be served by e-mail on the following individuals:

| | |
|---|---|
| Ralph K. Durstein III, Esquire | John A. Parkins, Jr., Esquire |
| Department of Justice | Richards Layton & Finger |
| Carvel State Office Building | One Rodney Square |
| 820 N. French Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Ralph.Durstein@state.de.us | Parkins@rlf.com |

                                          **THE NEUBERGER FIRM, P.A.**

                                          /s/ Stephen J. Neuberger
                                          **THOMAS S. NEUBERGER, ESQ. (#243)**
                                          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                          Two East Seventh Street, Suite 302
                                          Wilmington, DE  19801
                                          (302) 655-0582
                                          TSN@NeubergerLaw.com
                                          SJN@NeubergerLaw.com

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale and cooperating attorneys for The Rutherford Institute*

Dated: October 17, 2007

Hale / Pleadings / Rule 26 Disclosures / Hale - Resp to City D's 1st Set of Rogs