### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :  C.A.No. 07-166-*** |
| | : |
| Lieutenant WILLIAM BROWNE, et al., | :  Jury Trial Demanded |
| | : |
|     Defendants. | : |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on October 21, 2007, I caused **Plaintiffs' Answers and Objections to the City Defendants' First Set of Interrogatories** to be served by e-mail on the following individuals:

| | |
|---|---|
| Ralph K. Durstein III, Esquire | John A. Parkins, Jr., Esquire |
| Department of Justice | Richards Layton & Finger |
| Carvel State Office Building | One Rodney Square |
| 820 N. French Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Ralph.Durstein@state.de.us | Parkins@rlf.com |

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale and cooperating attorneys for The Rutherford Institute*

**JACOBS & CRUMPLAR, P.A.**

 /s/ Robert Jacobs
**ROBERT JACOBS, ESQUIRE (#244)**
**THOMAS C. CRUMPLAR, ESQUIRE (#942)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JandCLaw.com
Tom@JandCLaw.com

*Attorneys for Plaintiffs Dennis W. Hale and Connie M. Hale*

Dated: October 21, 2007