IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE HALE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 07-166-*** |
| | : | |
| Lieutenant WILLIAM BROWNE, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:    John A. Parkins, Esq.            Ralph Durstein, Esquire
        Richards, Layton & Finger         Department of Justice
        One Rodney Square             Carvel State Office Building
        920 N. King Street              820 N. French Street
        Wilmington, DE 19801          Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **RICHARDS, LAYTON & FINGER**, One Rodney Square, 920 N. King Street, Wilmington, DE 19801.

| NAME | DATE AND TIME |
|---|---|
| Officer Hector Cuadrado | February 11, 2008 at 9:30am |
| Officer Jeffrey Silvers | February 11, 2008 at 2:00pm |
| Officer Charles Emory | February 12, 2008 at 9:30am |
| Officer Robert Cunningham | February 12, 2008 at 2:00pm |
| Officer Angel Alverio | February 14, 2008 at 9:30am |
| Officer Danny Silva | February 14, 2008 at 2:00pm |
| Mitchell Rentz | February 15, 2008 at 9:30am |
| George Taylor | February 19, 2008 at 2:00pm |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE  19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale*

Dated: January 14, 2008

## CERTIFICATE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on January 14, 2008, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John A. Parkins, Esq. | Ralph Durstein, Esquire |
| Richards, Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 N. King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / Notice of Depositions / Notice of Depositions (1)