

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>FRAUD DIVISION (302) 577-8600<br>FAX (302) 577-6499<br>TTY (302) 577-5783 |

January 25, 2008

Neil Looby
Case Manager
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   **Elaine Hale, et al. v. Lieutenant William Browne, et al.**
          **C.A. No. 07-166*****

Dear Mr. Looby:

    In regards to the above referenced case, attached please find the signed affidavits of Darren J. Lester and Charles J. Simpson. The signed affidavits are to replace the draft affidavits filed today January 25, 2008 as Exhibits H and I respectively in the Response of the Defendants Lester, Simpson and Parton in Opposition to Plaintiff's Motion to Amend Complaint (Docket Number 54).

    If you have any questions, please feel free to call me.

                                    Very truly yours,

                                    Jennifer Mitchell
                                    Senior Paralegal

/jml
Attachments
Cc:  Stephen J. Neuberger, Esq.- CM/ECF
      Thomas S. Neuberger, Esq.- CM/ECF
      John A. Parkins, Esq.- CM/ECF
      Rosamaria Tassone, Esq. – U.S. Mail

EXHIBIT

H

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Lieutenant WILLIAM BROWN; et al., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07-166 <br> ) <br> ) <br> ) <br> ) |

### Affidavit of Darren J. Lester

Sergeant Darren J. Lester of the Delaware State Police states as follows:

1. I have been a member of the Delaware State Police for 18 years, and have earned the rank of Sergeant.

2. I was transferred out of the Special Investigations Unit on or about May 8th of 2006, and sent to Troop 6 as a road Sergeant. I had no further duties or responsibilities with the SIU after that date.

3. Approximately two weeks later, in May of 2006, while on routine road patrol duty, I was struck head-on by an intoxicated driver (BAC=.17%), who was driving the wrong way on top of the Summit Bridge.

4. As a result of this accident, I sustained a very badly shattered right tibula and fibula and other related injuries, including two broken ribs, causing considerable pain and requiring extensive medical treatment.

5. I underwent reconstructive surgery on my leg on June 7, 2006, and was immobilized in an external fixator for five months, until mid-November of 2006.

6. I was off work totally until returning to light duty on January 1, 2007.

7. I am still currently on light duty and going through extensive physical therapy three times a week and aqua therapy the other days.

8. I played no part in the wiretap investigation leading to the indictment of 32 individuals and the identification of Derek Hale as a co-conspirator in a major drug ring. I was transferred from SIU before the investigation moved forward from the concept stage. I never read the wire interception affidavit, nor did I take part in any of the search warrants that were obtained and executed.

9. I have no knowledge of anything that transpired the date Mr. Hale died. On that date I was sitting on my couch at my house repositioning my right leg.

10. As a result of being falsely named in the Complaint filed in this case, myself and my family have been placed in potential danger and subjected to ridicule as a result of distorted accounts appearing in the news media, and I have improperly been forced to defend myself and to have my name removed from the caption of the Complaint. I believe that the Complaint was prepared based on false information, and that reasonable investigation would have revealed that I did not play any role in this investigation, and in fact could not have played any such role, due to my reassignment from SIU and my subsequent work-related injury.

BE IT REMEMBERED that on this 11th day of July, 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **DARREN LESTER**, who, being by me duly sworn according to law did depose and say that the foregoing statement is correct to the best of her knowledge, information and belief.

_____
DARREN LESTER

SWORN TO AND SUBSCRIBED before me on this 11th day of July, 2007

_____
Notary Public

VALERIE D. DAVIS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 28, 2011

# EXHIBIT

# I

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale; et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) ) | No. 07-166-*** |
| **Lieutenant WILLIAM BROWN; et al., Defendants** ) ) ) | |

### Affidavit of Charles J. Simpson

Captain Charles J. Simpson of the Delaware State Police states as follows:

1. I have been a member of the Delaware State Police for 27 years, and have earned the rank of Captain.

2. I was the Commander of the Special Investigations Unit of the Delaware State Police, operating out of Troop #2, until May 5, 2006.

3. On May 5, 2006, I was reassigned to Delaware State Police Troop #4 in Georgetown, as Troop Commander.

4. I was succeeded as Commander of the Troop 2 Criminal Investigative Unit (formerly the Special Investigations Unit) by Captain Robert Coupe.

5. I had no role or involvement in the investigation of the Pagan Motorcycle Club that culminated in the indictment and prosecution of numerous individuals and the Identification of Derek Hale as an unindicted co-conspirator.

6. I had no role or involvement in the apprehension of Derek Hale or in the shooting death of Mr. Hale.

7. I have reviewed the Complaint filed by the plaintiff in this matter. The allegations concerning my participation in the Pagan investigation are false.

BE IT REMEMBERED that on this 2 day of JANUARY, 2008, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **CHARLES J. SIMPSON**, who, being by me duly sworn according to law did depose and say that the foregoing statement is correct to the best of her knowledge, information and belief.

*[signature]*
CHARLES J. SIMPSON

SWORN TO AND SUBSCRIBED before me on this 2 day of January, 2008

*[signature: Constance L. Dick]*
Notary Public