**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **C.A.No. 07-166-\*\*\*** |
| | : | |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**<u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Cheryl A. Hertzog, Esq. to represent plaintiff in this case.

Ms. Hertzog is employed full time as an associate attorney for The Neuberger Firm, P.A., counsel for plaintiff.

Ms. Hertzog is a member in good standing of the Bars of Pennsylvania and New Jersey.

Ms. Hertzog intended to sit for the Delaware Bar in July of 2007. However, due to an unexpected pregnancy she was unable to do so. As a result, she will sit for the Delaware Bar in July of 2008.

Under Local Rule 83.5 (2) and (3), an attorney who is not a member of the Bar of Delaware may not be admitted *pro hac vice* if s/he is regularly employed in Delaware, or is regularly engaged in business, professional, or other similar activities in Delaware. This Rule thus otherwise operates as a bar to Ms. Hertzog's participation as co-counsel in this case.

However, L.R. 1.1(d) provides that any of the Local Rules can be modified by any member of the Court. It states that "[t]he application of the rules in any case or proceeding may

-1-

be modified by the Court in the interests of justice."

In mid-February of 2006, Ms. Hertzog also contacted the Clerk's Office and spoke with the clerk in charge of administration who informed her that Local Rule 83.5 was a judge-made rule and that the presiding Judge may make an exception to the Rule.

Plaintiffs respectfully suggest that the interests of justice require such an exception in this case.

Ms. Hertzog's participation as co-counsel is needed in this case due to the schedules of the principals of The Neuberger Firm - Thomas S. Neuberger, Esq. and Stephen J. Neuberger, Esq. Health related issues also require Thomas S. Neuberger to seek her assistance in this case. Plaintiff also wishes her to serve as a co-counsel in this case. However, due to her unique and unexpected circumstances Local Rule 83.5 prevents her from serving in this capacity in this litigation.

On September 18, 2007, following submission of a similar motion, The Honorable Joseph J. Farnan granted an exception to Local Rule 83.5 by signing an order allowing the admission of Ms. Hertzog *pro hac vice* in the case of Balas v. Taylor, et al., C.A.No. 06-592-JJF. (*See* D.I.24). Then on November 8, 2007, The Honorable Sue L. Robinson granted a similar exception by signing an order allowing her admission in the case of Dietz v. Baker, C.A.No. 06-256-SLR. (*See* D.I.91).

Plaintiffs thus Move that the Court in the interests of justice allow Ms. Hertzog to be admitted in this case *pro hac vice*. The needs of the case will be served, the desires of plaintiffs and the scheduling issue of The Neuberger Firm will be accommodated by such an Order.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: January 28, 2008                    Attorney for Plaintiffs




## LOCAL RULE 7.1.1 STATEMENT

Counsel certifies that his office contacted defense counsel and that defense counsel does

not oppose it.



/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ**.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELAINE HALE, et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :        **C.A.No. 07-166-\*\*\*** |
| | : |
| **Lieutenant WILLIAM BROWNE, et al.,** | : |
| | : |
| **Defendants.** | : |

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that the  motion for admission *pro hac vice of*  Cheryl A.

Hertzog, Esq. is granted.


Date: _____            _____

                                                      United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **C.A.No. 07-166-***** |
| | : | |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

CHERYL A. HERTZOG, ESQ.
**(PA Bar #200583)**
2 East Seventh Street, Suite 302
Wilmington, DE 19801
cherylh@neubergerlaw.com

Dated: January 28, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas S. Neuberger, being a member of the bar of this Court, do hereby certify that

on January 28, 2008, I electronically filed this **Motion** with the Clerk of the Court using

CM/ECF and served the following individuals by the means indicated:


John A. Parkins, Esq.                     Ralph Durstein, Esquire
Richards, Layton & Finger                 Department of Justice
One Rodney Square                         Carvel State Office Building
920 N. King Street                        820 N. French Street
Wilmington, DE 19801                      Wilmington, DE 19801



/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / CAH Motion Pro Hac.final