IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE HALE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 07-166-*** |
| | : | |
| Lieutenant WILLIAM BROWNE, et al., | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION

TO:   John A. Parkins, Esq.                    Ralph Durstein, Esquire
      Richards, Layton & Finger            Department of Justice
      One Rodney Square                      Carvel State Office Building
      920 N. King Street                         820 N. French Street
      Wilmington, DE 19801                    Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiff will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **RICHARDS, LAYTON & FINGER**, One Rodney Square, 920 N. King Street, Wilmington, DE 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Mark Lewis | February 15, 2008 at 2:00pm |
| Chris Popp | February 19, 2008 at 9:30am |

 

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE  19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale*

Dated: January 28, 2008

## **CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on January 28, 2008, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John A. Parkins, Esq. | Ralph Durstein, Esquire |
| Richards, Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 N. King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / Notice of Depositions / Notice of Depositions (2)