IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE HALE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No. 07-166-*** |
| | : | |
| Lieutenant WILLIAM BROWNE, et al., | : | |
| | : | |
| Defendants. | : | |

**REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

On January 18, 2008, plaintiffs filed their Motion to Amend the First Amended Complaint (D.I. 20) pursuant to Federal Rule of Civil Procedure 15(a). (D.I.53). Thereafter, on January 25, 2008, defendants filed their response which does not oppose plaintiff's Motion, but rather asks the Court to grant partial summary judgment. (D.I.54). Accordingly, plaintiffs' Motion for Leave to Amend should be granted in full.

1. First, defendants make clear they do not oppose the naming of Captain Robert Coupe and Corporal Chris Popp of the Delaware State Police, and Mark Lewis of the Delaware Department of Correction. (See D.I. 54 at ¶1,18). Accordingly, plaintiffs' Motion to add Coupe, Popp and Lewis as properly named defendants should be granted.

2. Next, defendants similarly do not oppose plaintiffs' request to add a State Created Danger claim against the Delaware State Police. (See D.I. 54 at ¶2). Rather, defendants' only object to the addition of this claim as it pertains to defendants Lester, Parton and Simpson. Accordingly, plaintiffs' Motion to add a State Created Danger claim should be granted.

3. Consequently, defendants' only opposition to plaintiffs' Motion is the continued

inclusion of defendants Lester, Parton and Simpson as named defendants and ask the court to grant partial summary judgment under Rule 56(c). (See D.I. 54 ¶20). Plaintiffs will respond to defendants' speaking motion for partial summary judgment in accordance with the Rules of Civil Procedure.

      4.    Therefore, for the reasons discussed above and in the opening motion, the Court should grant plaintiffs' Motion to Amend their First Amended Complaint to include three additional State defendants, as well as an additional claim for State Created Danger.

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
**CHERYL A. HERTZOG, ESQ. (*Pro Hac Vice*)**
Two East Seventh Street, Suite 302
Wilmington, DE  19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com
CherylH@NeubergerLaw.com

**ARNOLD & PORTER L.L.P.**

**RANDAL SHAHEEN, ESQ.**
**RYAN RICHARDSON, ESQ.**
**JENNIFER RISEN, ESQ.**
555 12th Street, NW
Washington, DC  20004
(202) 942-5000 (phone)
(202) 942-5999 (fax)

**OF COUNSEL:**

**JOHN W. WHITEHEAD, ESQ.**
**DOUGLAS MCKUSICK, ESQ.**
**THE RUTHERFORD INSTITUTE**

P.O. Box 7482
Charlottesville, Virginia 22906
(434) 978 3888

*Attorneys for Plaintiffs Elaine Hale and the Estate of Derek J. Hale and cooperating attorneys for The Rutherford Institute*


**JACOBS & CRUMPLAR, P.A.**

 /s/ Thomas C. Crumplar
**ROBERT JACOBS, ESQUIRE (#244)**
**THOMAS C. CRUMPLAR, ESQUIRE (#942)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JandCLaw.com
Tom@JandCLaw.com

*Attorneys for Plaintiffs Dennis W. Hale and Connie M. Hale*

Dated: February 1, 2008

**CERTIFICATE OF SERVICE**

     I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 1, 2008, I electronically filed this **Reply** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| John A. Parkins, Esq. | Ralph Durstein, Esquire |
| Richards, Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 N. King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

                                          /s/ Thomas S. Neuberger
                                          **THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / Motions / Motion to Amend - Reply