# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     v. | :    C.A.No. 07-166-*** |
| | : |
| Lieutenant WILLIAM BROWNE, et al., | : |
| | : |
|     Defendants. | : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ryan Richardson, Esq. of Arnold & Porter LLP to represent plaintiff, Elaine Hale in this case.

 

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: February 5, 2008          Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| | : |
|    Plaintiffs, | : |
| | : |
| v. | :   C.A.No. 07-166-*** |
| | : |
| Lieutenant WILLIAM BROWNE, et al., | : |
| | : |
|    Defendants. | : |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Ryan Richardson, Esq. is granted.

Date: _____           _____
                                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :     C.A.No. 07-166-*** |
| | : |
| Lieutenant WILLIAM BROWNE, et al., | : |
| | : |
| Defendants. | : |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Ryan L. Richardson*
Ryan Richardson, Esq.
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000 (phone)
(202) 942-5999 (fax)

Dated: January 29, 2008

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court, do hereby certify that on February 5, 2008, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF and served the following individuals by the means indicated:

| | |
|---|---|
| John A. Parkins, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | Ralph Durstein, Esquire<br>Department of Justice<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / Richardson Motion Pro Hac.final