IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 07-166-GMS |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Louis F. D'Onofrio, Esquire to represent plaintiffs in this case.

Mr. D'Onofrio is employed full time as an associate attorney for Jacobs and Crumplar, P.A., counsel for plaintiff.

Mr. D'Onofrio is a member in good standing of the Bars of Pennsylvania and New Jersey. He is also admitted to the United States District Court for the Eastern District of Pennsylvania and District of New Jersey. His Pennsylvania Attorney Identification Number is 90901. His New Jersey Attorney Identification Number is 012202003.

Mr. D'Onofrio began his association with Jacobs and Crumplar as a full time attorney on February 11, 2008. Most recently, Mr. D'Onofrio worked for the Burlington County Prosecutor's Office in Mount Holly, New Jersey, where admission to the Delaware Bar was not required. As a result of his newly accepted employment with Jacobs and Crumplar, he will sit for the Delaware Bar in July of 2008.

Under Local Rule 83.5 (2) and (3), an attorney who is not a member of the Bar of Delaware may not be admitted *pro hac vice* if s/he is regularly employed in Delaware, or is

regularly engaged in business, professional, or other similar activities in Delaware. This Rule thus otherwise operates as a bar to Mr. D'Onofrio's participation as co-counsel in this case.

However, L.R. 1.1(d) provides that any of the Local Rules can be modified by any member of the Court. It states that "[t]he application of the rules in any case or proceeding may be modified by the Court in the interests of justice."

In mid-February of 2006, co-counsel Cheryl Hertzog, Esq. from The Neuberger Firm contacted the Clerk's Office and spoke with the clerk in charge of administration who informed her that Local Rule 83.5 was a judge-made rule and that the presiding Judge may make an exception to the Rule.

Plaintiffs respectfully suggest that the interests of justice require such an exception in this case.

Mr. D'Onofrio's participation as co-counsel is needed in this case due to the schedules of the principals of Jacobs and Crumplar - Thomas Crumplar, Esq. and Robert Jacobs, Esq. Plaintiff also wishes him to serve as a co-counsel in this case. However, due to the circumstances surrounding his new employment, Local Rule 83.5 prevents him from serving in this capacity in this litigation.

Several times before has this Court recognized such an exception to this Rule. Following the submissions of a similar motion, The Honorable Joseph J. Farnan and The Honorable Sue L. Robinson granted an exception to Local Rule 83.5 by signing an order allowing the admission of Ms. Cheryl Hertzog *pro hac vice* in the cases of Balas v. Taylor, et al., C.A.No. 06-592-JJF, (*see* D.I.24), and Dietz v. Baker, C.A.No. 06-256-SLR. (*see* D.I.91), respectively. Likewise, The Honorable Mary Pat Thynge granted a similar exception by signing an order allowing her *pro hac vice* admission in the present case. (*See* D.I.56).

Plaintiffs thus Move that the Court in the interests of justice allow Mr. D'Onofrio to be admitted in this case *pro hac vice*. The needs of the case will be served, the desires of plaintiffs and the scheduling issue of Jacobs and Crumplar will be accommodated by such an Order.

                                          Respectfully Submitted,

                                          **JACOBS & CRUMPLAR, P.A.**

                                          /s/ *Thomas C. Crumplar*
                                          **ROBERT JACOBS, ESQUIRE (#244)**
                                          **THOMAS C. CRUMPLAR, ESQUIRE (#942)**
                                          Two East Seventh Street, Suite 400
                                          Wilmington, DE 19801
                                          (302) 656-5445
                                          Bob@JandCLaw.com
                                          Tom@JandCLaw.com

                                          *Attorneys for Plaintiffs Dennis W. Hale and Connie M. Hale*

Dated: February 12, 2008                 Attorney for Plaintiffs

## LOCAL RULE 7.1.1 STATEMENT

Counsel certifies that his office contacted Ralph Durstein, Esquire and John Parkins, Esquire, counsel for defendant in this case. Counsel has yet to respond.

                                          */s/ Thomas C. Crumplar*
                                          **THOMAS C. CRUMPLAR, ESQ.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| **Plaintiffs,** | : | |
| v. | : | C. A. No. 07-166-GMS |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| **Defendants.** | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Louis F. D'Onofrio, Esquire is granted.

Date: _____        _____
                                                                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, et al., | : |
| Plaintiffs, | : |
| v. | : C.A.No. 07-166-GMS |
| Lieutenant WILLIAM BROWNE, et al., | : |
| Defendants. | : |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

LOUIS F. D'ONOFRIO, ESQ.
(PA Bar #90901) (NJ Bar #012202003)
2 East Seventh Street
Wilmington, DE 19801

Dated: February 12, 2008

## **CERTIFICATE OF SERVICE**

I, Thomas C. Crumplar, being a member of the bar of this Court, do hereby certify that on February 12, 2008, I electronically filed this **Motion** with the Clerk of the Court using CM/ECF and served the following individuals by the means indicated:

| | |
|---|---|
| John A. Parkins, Esq. | Ralph Durstein, Esquire |
| Richards, Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 N. King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*/s/ Thomas C. Crumplar*
**THOMAS C. CRUMPLAR, ESQ.**

S:\Tort\HALE,parents\pleadings\021208_D'Onofrio Motion Pro Hac.final.doc