# JACOBS & CRUMPLAR, P.A.

ATTORNEYS AT LAW
2 EAST 7TH STREET
P. O. BOX 1271
WILMINGTON, DELAWARE 19899
(302) 656-5445
FAX (302) 656-5875

ROBERT JACOBS*
THOMAS C. CRUMPLAR +
ELIZABETH B. LEWIS +◊
DAVID A. ARNDT

MILLSBORO, DE OFFICE
(302) 934-9700

\* ALSO ADMITTED U. S. PATENT OFFICE
  DISTRICT OF COLUMBIA BAR
+ ALSO ADMITTED NEW JERSEY
◊ ALSO ADMITTED PENNSYLVANIA BAR

February 14, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**Via CM/ECF Filing**

RE: **Hale, et al. v. Browne, et al.**, C.A. No. 07-166-GMS
    **Motion for Admission *Pro Hac Vice* of Louis F. D'Onofrio, Esq.**

Dear Judge Sleet:

    Please allow this letter to supplement the Motion for Admission *pro hac vice* of Louis F. D'Onofrio, Esquire. Counsel for the Plaintiffs have conferred with counsel for the defendants, who have advised that they have no objection to Mr. D'Onofrio's admission in this case.

    Accordingly, plaintiffs respectfully request that Your Honor sign the Motion as soon as the Court's schedule will permit as it is plaintiffs' intention to have Mr. D'Onofrio participate in the depositions scheduled for February 19, 2008.

    Thank you for your attention to this matter.

Very truly yours,

*/s/ Thomas C. Crumplar*

Thomas C. Crumplar
Attorney for Plaintiff

cc: Thomas S. Neuberger, Esq. (via CM/ECF)
    Ralph K. Durstein, Esq. (via CM/ECF)
    John Parkins, Esq. (Via CM/ECF)
    client