IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C. A. No. 07-166-GMS |
| LIEUTENANT WILLIAM BROWN, et al., | : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **5th** day of **March, 2008**.

IT IS ORDERED that the status teleconference scheduled for April 1, 2008 at 8:30 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE