## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELAINE HALE, et al.,** | : |
| Plaintiffs, | : |
| v. | : C.A.No. 07-166-GMS |
| **Lieutenant WILLIAM BROWNE, et al.,** | : |
| Defendants. | : |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on March 12, 2008, I caused **PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** to be e-mailed to the following:

| | |
|---|---|
| John A. Parkins, Jr., Esquire | Ralph K. Durstein III, Esquire |
| Richards Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 North King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Parkins@rlf.com | Ralph.Durstein@state.de.us |

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: March 12, 2008

Hale / Pleading / Hale - 2nd RFP - Notice of Service