# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE
CHERYL A. HERTZOG, ESQUIRE*
*(Licensed in PA and NJ only)

PHONE: (302) 655-0582
FAX: (302) 655-9329

March 14, 2008

**Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Hale, et al. v. Browne, et al.,** C.A. No. 07-166-GMS
      **Joint Letter Regarding Plaintiffs' Motion to Amend**

Dear Judge Sleet:

I submit this letter to the Court on behalf of all plaintiffs and defendants.

This is a joint letter to inform the Court that the parties have come to agreement regarding the filing of plaintiffs' Second Amended Complaint. Therefore, plaintiff's Motion to Amend the First Amended Complaint (D.I.53) and all subsequent briefing (D.I.54, 58, 62 and 65-66) is hereby withdrawn as moot. Accordingly, the Court no longer needs to address these Motions.

The parties are at the Court's disposal to address this matter further.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:   Thomas C. Crumplar, Esq. (via CM/ECF)
      Arnold & Porter (via e-mail)
      John Parkins, Esq. (via CM/ECF)
      Ralph H. Durstein, III, Esq. (via CM/ECF)