IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **C.A.No. 07-166-GMS** |
| **v.** | : | |
| | : | |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby agreed among the parties, by and through their undersigned counsel, that

Albert Parton shall be dismissed, without prejudice, as a Defendant in this action.  It is further

agreed that Charles Simpson and Darren Lester shall be dismissed, with prejudice, as Defendants

in this action.

**THE NEUBERGER FIRM, P.A.**

/s/ *Stephen J. Neuberger*
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE  19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

**ARNOLD & PORTER L.L.P.**

**RANDAL SHAHEEN, ESQ.**
**RYAN RICHARDSON, ESQ. (*Pro Hac*)**
**JENNIFER RISEN, ESQ. (*Pro Hac*)**
555 12th Street, NW
Washington, DC  20004

**RICHARDS, LAYTON & FINGER**

/s/ *John Parkins*
**JOHN PARKINS, ESQ. (#859)**
**C. MALCOM COCHRAN, ESQ. (#2377)**
**STEVEN FINEMAN, ESQ. (#4025)**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Parkins@rlf.com
Cochran@rlf.com
Fineman@rlf.com

*Attorneys for all City Defendants*

**STATE OF DELAWARE,**
**DEPARTMENT OF JUSTICE**

(202) 942-5000 (phone)
(202) 942-5999 (fax)

*Attorneys for Plaintiffs Elaine Hale and
the Estate of Derek J. Hale*

**JACOBS & CRUMPLAR, P.A.**

 /s/ *Thomas C. Crumplar*
**ROBERT JACOBS, ESQ. (#244)**
**THOMAS C. CRUMPLAR, ESQ. (#942)**
**LOUIS F. D'ONOFRIO, ESQ. (*Pro Hac*)**
Two East Seventh Street, Suite 400
Wilmington, DE 19801
(302) 656-5445
Bob@JandCLaw.com
Tom@JandCLaw.com

*Attorneys for Plaintiffs Dennis W. Hale and
Connie M. Hale*

Dated: March 14, 2008

*/s/ Ralph Durstein*
**RALPH DURSTEIN, ESQ. (#912)**
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Ralph.Durstein@state.de.us

*Attorney for all State Defendants*


        IT IS SO ORDERED this _____ day of 2008.


        _____
        The Honorable Gregory M. Sleet
        United States District Court Judge