IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ELAINE HALE, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | C.A.No. 07-166-GMS |
| **Lieutenant WILLIAM BROWNE, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.7, please withdraw the *Pro Hac Vice* admission and appearance of Cheryl A. Hertzog, Esq. as counsel for plaintiffs. Attorneys Thomas S. Neuberger, Esq. and Stephen J. Neuberger, Esq., both members of the Bar of this Court, remain as counsel of record for plaintiffs.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Dated: March 14, 2008                                   Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court, do hereby certify that on March 14, 2008, I electronically filed this **Notice** with the Clerk of the Court using CM/ECF and served the following individuals by the means indicated:

| | |
|---|---|
| John A. Parkins, Esq. | Ralph Durstein, Esquire |
| Richards, Layton & Finger | Department of Justice |
| One Rodney Square | Carvel State Office Building |
| 920 N. King Street | 820 N. French Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQ.**

Hale / Pleadings / CAH Notice of Withdrawal