## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale; et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**Lieutenant WILLIAM BROWN; et al.,** )<br>)<br>**Defendants** ) | No. 07-166-JJF |

### SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Stephani J. Ballard hereby enters her appearance on behalf of the following Defendants: Patrick Ogden, Randall Hunt, Vincent Clemons, David Chorlton, Albert Homiak, Joseph Papili, Thomas MacLeish, and the Delaware State Police in place of Deputy Attorney General Ralph K. Durstein III.

| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|---|---|
| /s/Stephani J. Ballard<br>Stephani J. Ballard (I.D. #3481)<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 | /s/ Ralph K. Durstein III<br>Ralph K. Durstein III (I.D. #912)<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 |

Dated: April 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed a *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Robert Jacobs, Esquire
Thomas C. Crumplar, Esquire
Two East Seventh Street, Suite 400
Wilmington, DE 19801

John A. Parkins, Jr., Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Rosamaria Tassone, Esquire
City of Wilmington Law Department
City/County Building, 9th Floor
800 North French Street
Wilmington, DE 19801

/s/ Stephani J. Ballard
Stephani J. Ballard (I.D. #3481)
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400