IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAINE HALE, Individually and as Administratrix of the Estate of Derek J. Hale, DENNIS W. HALE, and CONNIE M. HALE,<br><br>Plaintiffs,<br><br>v.<br><br>Lieutenant WILLIAM BROWN; Sergeant ANGEL ALVERIO; Corporal HECTOR CUADRADO; Corporal ROBERT CUNNINGHAM; Corporal CHARLES EMORY, JR.; Corporation MITCHELL RENTZ; Corporal JEFFREY SILVERS; Corporal JOSEPH LEARY; Corporal RANDOLPH PFAFF; Corporal DANNY SILVA; Chief MICHAEL J. SZCZERBA, in his official capacity; CITY OF WILMINGTON, a municipal corporation; Lieutenant PATRICK OGDEN; Sergeant DARREN LESTER; Sergeant RANDALL HUNT; Sergeant ALBERT PARTON; Detective VINCENT CLEMONS; Detective DAVID CHORLTON; Captain CHARLES J. SIMPSON; Major ALBERT HOMIAK; Major JOSEPH PAPILI; Colonel THOMAS F. MacLEISH, individually and in his official capacity; DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,<br><br>Defendants. | Case No. 07-166-GMS<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that John A. Parkins, Jr. is no longer associated with Richards, Layton & Finger and therefore no longer represents Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva, Michael J. Szczerba and City of

Wilmington in the above-captioned case. C. Malcolm Cochran, IV, Steven J. Fineman and Richards, Layton & Finger, P.A. continue to represent Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva, Michael J. Szczerba and City of Wilmington in this matter.

OF COUNSEL:

Rosamaria Tassone
City of Wilmington Law Department
City/County Building, 9th Floor
800 N. French Street
Wilmington, Delaware 19801
302-576-2175

/s/ John A. Parkins

John A. Parkins, Jr. (#859)
C. Malcolm Cochran, IV (#2377)
Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
302-651-7700
Parkins@rlf.com
Cochran@rlf.com
Fineman@rlf.com
Attorneys for Defendants William Brown, Angel Alverio, Hector Cuadrado, Robert Cunningham, Charles Emory, Jr., Mitchell Rentz, Jeffrey Silvers, Joseph Leary, Randolph Pfaff, Danny Silva, Michael J. Szczerba and City of Wilmington

Dated: July 2, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Stephani J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

**BY HAND DELIVERY**
Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19081

**BY HAND DELIVERY**
Robert Jacobs, Esquire
Thomas C. Crumplar, Esquire
Jacobs & Crumplar, P.A.
Two East Seventh Street, Suite 400
Wilmington, DE 19801

I hereby certify that I will send on July 1, 2008, by U.S. Regular Mail and Federal Express, the foregoing document to the following non-registered participants:

**BY U.S. REGULAR MAIL**
John W. Whitehead, Esquire
Douglas McKusick, Esquire
The Rutherford Institute
P.O. Box 7482
Charlottesville, VA 22906

**BY FEDERAL EXPRESS**
Randal Shaheen, Esquire
Ryan Richardson, Esquire
Jennifer Risen, Esquire
Alexander Major, Esquire
Arnold & Porter, L.L.P.
555 12th Street, N.W.
Washington, DC 20004

_____
John A. Parkins, Jr. (#859)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
parkins@rlf.com